**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:22-cv-00939-JLS-DFM                                   Date: February 23, 2023
Title:  Cynthia L. Brown v. Bank of New York Mellon Trust Company, N.A. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION**

On February 8, 2023, the Court issued an Order granting Defendants' motions to dismiss as to Plaintiff's federal claims and giving Plaintiff fourteen days to file an amended complaint. (Doc. 67.)  The Court cautioned that "[f]ailure to timely file an amended complaint will result in the dismissal of this action and closing of the case without further notice." (*Id.* at 14-15.)  Any amended complaint should have been filed no later than February 22, 2023.  No such pleading has been filed; accordingly, Plaintiff's federal claims are DISMISSED WITH PREJUDICE and her state-law claims are DISMISSED WITHOUT PREJUDICE to refiling in state court.

Initials of Deputy Clerk:  vrv