1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA L. BROWN,

        Plaintiff,

     v.

BANK OF NEW YORK MELLON TRUST COMPANY, N.A. et al.,

        Defendants.

Case No.:   8:22-cv-00939-JLS-DFM

**JUDGMENT OF DISMISSAL**

In light of the Court's Order of February 23, 2023 dismissing the action, (Doc. 71), JUDGMENT OF DISMISSAL is hereby entered.

Dated:  March 06. 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE